Argued December 7—decided December 7, 1976

### AIJA B. VAN PATTEN *v.* PHILIP VAN PATTEN

The motion by Alan R. Nettles for permission to withdraw as counsel for the minor children Barbara Van Patten and Erika Van Patten in the appeal from the Superior Court in New London County is granted.

*Donald O'Brien,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued December 7—decided December 7, 1976

### ANTHONY G. RUSSO ET AL. *v.* REDEVELOPMENT AGENCY OF THE CITY OF HARTFORD

The plaintiffs' motion to dismiss the appeal from the Superior Court in Hartford County is granted unless the defendant on or before December 28, 1976, files its request for a finding and draft finding.

*Mark C. Yellin,* for the appellees (plaintiffs).

*Joseph A. Lorenzo,* redevelopment counsel, for the appellant (defendant).